441 A.2d 450

Leisurelife Corp. of Am., Appellant v. Wayne City Bk. & Tr.

Argued December 4, 1980. Carl E. Person, for appellant; Richard W. Baglet, Jr., for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.